UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>            Plaintiff,<br><br>      v.<br><br>KHALE, et al.,<br><br>            Defendant. | 1:21-cv-01213-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a civil detainee[1] proceeding *pro se* in this civil rights action. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 19, 2021**                        /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Given Plaintiff's location at Atascadero State Hospital, the Court assumes, at this stage, that Plaintiff is civilly confined.

1