1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   ISRAEL MALDONADO RAMIREZ,                1:21-cv-01213-DAD- EPG

11                  Plaintiff,

12          v.                                ORDER DENYING MOTION TO ANSWER

13   KHALE, *et al.*,                         (ECF No. 18)

14                  Defendants.

15

16

17          Plaintiff is a civil detainee who filed this civil rights action *pro se* on August 11, 2021. On

18   November 18, 2021, the District Judge adopted this Court's September 28, 2021 findings and

19   recommendations to dismiss this case as frivolous and directed the Clerk to close this case. (ECF

20   Nos. 11, 16). The same day as the District Court issued this order, Plaintiff filed a "motion to

21   answer." (ECF No. 18). The motion is difficult to understand, but it appears to ask if the Clerk

22   received Plaintiff's objections to the undersigned's findings and recommendations and seeks

23   permission to file an answer.

24          To the extent that Plaintiff simply wants to know if his objections were received, the

25   Court notes that they were filed on October 27, 2021, but the District Court ultimately overruled

26   them in adopting this Court's findings and recommendations. (ECF Nos. 13, 16). To the extent

27   that Plaintiff moves for permission to file an answer, such a filing is procedurally inappropriate

28   because this case is now closed.

1

Accordingly, IT IS ORDERED that Plaintiff's motion to answer (ECF No. 18) is denied. Plaintiff is advised that judgment has been entered against him and this case is closed.

IT IS SO ORDERED.

Dated:   **November 19, 2021**          /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE